## JACKSON *v.* BURGERT and Another.

PLEADING.—PROMISSORY NOTES.—A complaint by *Thomas Burgert* and *Joseph Adams* against *Andrew Jackson,* upon a promissory note signed "*A. Jackson,*" and payable to "*Burgert and Adams,*" alleged that the defendant thereby promised to pay to the plaintiffs, &c.

*Held,* that as a copy of the note was set out, the complaint was sufficient, without an allegation that the defendant, by the style, &c., promised to pay to the plaintiffs, by the style, &c.

APPEAL from the *Madison* Common Pleas.

GREGORY, J.—*Thomas Burgert* and *Joseph Adams* sued *Charles J. Barker* and *Andrew Jackson* on a promissory note. The note is signed "*Chas. J. Barker, A. Jackson,*" and is payable to "*Burgert and Adams.*" There was a judgment by default against *Jackson,* the suit as to *Barker* having been dismissed.

It is claimed that the complaint is defective for not having averred that the note was signed by *Jackson* by the description of *"A. Jackson,"* and that it is insufficient in not stating that the promise was made to the plaintiffs by the style of *"Burgert and Adams."* The complaint is in the form prescribed by the code. The copy of the note which is a part of the complaint shows how the note was executed and to whom payable. The complaint is good.

The evidence is not in the record. It is urged that the judgment is for too much. No motion was made in the court below to correct the judgment. We cannot say, from all that now appears of record, that there is any error of which the appellant has a right to complain.

The judgment is affirmed, with five per cent. damages and costs.

*W. R. Pierse* and *H. D. Thompson*, for appellant.

*J. L. Ketcham* and *J. L. Mitchell*, for appellees.